**Order filed May 5, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00728-CV
_____

### CHARLES A. WATSON, Appellant

### V.

### LANCE BREMER AND ALVAREZ, STAUFFER, BREMER, PLLC, Appellees

### and

### LANCE BREMER AND ALVAREZ, STAUFFER, BREMER, PLLC, Appellants

### V.

### CHARLES A. WATSON, Appellee

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-28746-C**

---

## ORDER

Appellant, Charles A. Watson, has filed a third unopposed motion to extend time to file his brief because appellant contends the parties anticipate settlement negotiations will render this appeal moot. The motion is GRANTED. In accordance with our order of April 5, 2022, setting a briefing schedule:

- Watson's brief as appellant is due **May 25, 2022**;

- Lance Bremer and Alvarez, Stauffer, Bremmer, PLLC's, ("Attorneys") brief as appellees and Attorneys' brief as appellants is due **June 24, 2022**;

- Watson's reply brief as appellant, if any, and Watson's brief as appellee is due **July 14, 2022**; and

- Attorneys' reply brief as appellants, if any, is due **August 3, 2022**.


PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.